# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY JR.,**                                    **PLAINTIFF**

v.                          Case No. 4:25-cv-00902-JM-JTK

**DREW COUNTY DETENTION**                                      **DEFENDANTS**
**FACILITY, et al.**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 16th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

1